AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

PHILLIP A. PITTENGER,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:04-CV-00157-RCJ-RAM**

ATTORNEY GENENERL OF THE
STATE OF NEVADA, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for writ of habeas corpus (#2) is DENIED. IT IS FURTHER ORDERED that the petitioner is DENIED A CERTIFICATE OF APPEALABILITY


   March 30, 2009                                  **LANCE S. WILSON**
                                                             Clerk


                                                             /s/ D. R. Morgan
                                                            Deputy Clerk